ZENO B. BAUCUS
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Avenue North
Suite 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: zeno.baucus@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

FILED

MAR 17 2022

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. ADAM ALEXANDER WILLIAMS, Defendant. | CR 22-33-BLG-DLC<br><br>INDICTMENT<br><br>INTERFERENCE WITH FLIGHT CREW MEMBERS AND ATTENDANTS<br>Title 49 U.S.C. § 46504<br>(Penalty: 20 years of imprisonment, $250,000 fine, and three years of supervised release) |
|---|---|

THE GRAND JURY CHARGES:

On or about January 9, 2022, on board American Airlines Flight 586 en-route from Seattle, Washington to Charlotte, North Carolina, in the State and District of Montana, the defendant, ADAM ALEXANDER WILLIAMS, on an

1

aircraft in the special aircraft jurisdiction of the United States, did assault and intimidate flight crew members and flight attendants of that aircraft, interfere with the performance of the duties of the members and attendants, and did lessen the ability of the members and attendants to perform those duties, in violation of 49 U.S.C. § 46504.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
LEIF M. JOHNSON
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons   TUC- B1q5   4/14/22 @ 9:00am

Warrant: _____

Bail: _____